# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-0375
LT Case No. 2020-DP-000321

_____

A.W., FATHER OF S.F., and G.W.,
CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy M. Youmans, Judge.

Carl New, of Attorney at Law, Ocala, for Appellant.

Batten Rachel, of Children's Legal Services, Brooksville, for
Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, of Statewide Guardian ad Litem
Office, Tallahassee, for Appellee, Guardian ad Litem.


April 10, 2024

PER CURIAM.

AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____